**EXHIBIT A**

Case 2:25-cv-07363-PD    Document 1    Filed 12/29/25    Page 1 of 16

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**COURT OF COMMON PLEAS OF PHILADELPHIA**

Filed and Attested by the
Office of Judicial Records
15 DEC 2025 04:04 pm
L. BREWINGTON

Monica Abdelmalek

v.

Progressive Specialty Insurance Company

## NOTICE TO DEFEND

<div style="display:flex">
<div>

### NOTICE

You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once.  If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**Philadelphia Bar Association**
**Lawyer Referral**
**and Information Service**
**One Reading Center**
**Philadelphia, Pennsylvania  19107**
**(215) 238-6333**
**TTY (215) 451-6197**

</div>
<div>

### AVISO

Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion.  Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente.  Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio.  Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

**Asociacion De Licenciados**
**De Filadelfia**
**Servicio De Referencia E**
**Informacion Legal**
**One Reading Center**
**Filadelfia, Pennsylvania  19107**
**(215) 238-6333**
**TTY (215) 451-6197**

</div>
</div>

10-284

Case ID: 251202032

LUNDY LAW, LLP
BY:  Minos H. Galanos, Esquire                                    Attorney for Plaintiff
Identification No. 306559
1818 Market Street, Suite 2400
Philadelphia, PA  19103
(215) 246-9243
mgalanos@lundylaw.com

| | |
|---|---|
| **Monica Abdelmalek**<br>484 West Butler Drive<br>Butler, PA 18222<br><br>                    Plaintiff,<br>    vs.<br><br>**Progressive Specialty Insurance Company**<br>P.O. Box 6807<br>Cleveland, OH 44101<br><br><br>                    Defendants. | **PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br>CIVIL DIVISION**<br><br>**DECEMBER TERM, 2025**<br><br>**No.:**<br><br><br>**MAJOR JURY MATTER** |

## CIVIL ACTION COMPLAINT

1.      Plaintiff, Monica Abdelmalek ("Plaintiff"), is an adult individual who resides at the address noted in the above caption.

2.      Defendant, Progressive Specialty Insurance Company ("Defendant"), is a corporation, or other business entity, with a place of business located at the above address.

3.      At all times relevant hereto, Plaintiff was the owner and operator of a motor vehicle involved in the accident.

4.      At all times relevant hereto, the Defendant, provided automobile liability insurance and uninsured/underinsured motorist benefits for Plaintiff, Monica Abdelmalek, through policy number "955618224". *A copy of the declaration page for the subject Progressive Insurance policy is attached hereto as Exhibit "A".*

5.      Plaintiff is a named insured under the aforesaid automobile insurance policy.

Case ID: 251202032

6.      On or about June 30, 2023, at approximately 5:18 P.M., Alice Price's ("tortfeasor"), vehicle struck the vehicle operated by the Plaintiff at or near the intersection of Worcester highway and Germantown Road in Worcester County, Maryland.

7.      The crash occurred when the Tortfeasor carelessly, negligently, and without warning made an improper left turn in the opposite direction if plaintiff causing a violent collision resulting in catastrophic damage to Plaintiff's vehicle (below) along with numerous injuries and damages as set forth herein.



8.      As the direct and proximate cause of the Tortfeasor's negligence, the Plaintiff sustained severe and permanent injuries to her body, which include, but are not limited to, her neck, head, back, upper and lower extremities, and a fractured sternum.

Case ID: 251202032

9. The Plaintiff suffered internal injuries of an unknown nature, she suffered severe aches, pains, mental anxiety and anguish and a severe shock to her entire nervous system and other injuries the full extent of which is not yet known.

10. The Plaintiff sustained an aggravation and/or exacerbation of injuries both known and unknown. She has in the past and will in the future undergo severe pain and is unable to attend to her usual duties and occupation, all to her great financial detriment and loss.

11. As a direct and proximate result of the aforesaid negligence of the Tortfeasor, the Plaintiff has been compelled to expend money for medicine and medical attention and may be required to expend additional sums for the same purpose in the future.

12. As a direct and proximate result of the aforesaid negligence of the Tortfeasor, the Plaintiff has been prevented from attending to her usual daily activities and duties and may be so prevented for an indefinite period of time in the future, all to her great detriment and loss.

13. As a direct and proximate result of the aforesaid negligence of the Tortfeasor, the Plaintiff has suffered physical pain and mental anguish and humiliation and may continue to suffer same for an indefinite period of time in the future.

14. As a direct and proximate result of the aforesaid negligence of the Tortfeasor, the Plaintiff has incurred in the past and will continue to incur in the future, additional financial expenses or losses which she is entitled to recover, including, but not limited to, lost wages.

15. Plaintiff is entitled to full tort benefits in this matter, or in the alternative, no tort limitations limit Plaintiff's claim in any way.

16. The Tortfeasor's insurer tendered their policy limits of $50,000.00. Notice was given to Progressive Specialty Insurance Company. Their agent consented to the settlement and waived subrogation rights.

Case ID: 251202032

17.    On March 28, 2025, the Azari Law firm sent Plaintiff's medical records to Progressive.

18.    On March 24, 2025, the adjuster Michael Novak relayed an offer of $1,000.00 to Azari Law, LLC to resolve Plaintiff's underinsured motorist claim.

19.    On August 12, 2025, Mr. Novak, without any apparent change made an increased offer to $19,000.00.

20.    Plaintiff suffered significant injuries and substantial wage loss.

21.    It is evident that Progressive Specialty Insurance Company, through their agent, have refused, or unjustifiably failed, to conduct a proper and accurate investigation of Plaintiff's underinsured motorist claim.

<u>COUNT I (BREACH OF CONTRACT)</u>

<u>Plaintiff, Monica Abdelmalek v. Defendant, Progressive Specialty Insurance Company</u>

22.    Plaintiff incorporates herein by reference the allegations contained in the above paragraphs as though the same was herein set forth at length.

23.    Pursuant to the terms of the automobile insurance policy, Defendant, Progressive Specialty Insurance Company, is obligated to provide underinsured motorist benefits to Plaintiff in accordance with the provisions of the insurance contract.

24.    By virtue of the automobile policy provisions in the governing law, Defendant, Progressive Specialty Insurance Company, owes a legal duty to Plaintiff to pay all damages which Plaintiff is legally entitled to recover from the operator of an underinsured motor vehicle as a result of the automobile accident of June 30, 2023.

25.    Defendant, Progressive Specialty Insurance Company has breached the contractual duties and obligations owed to Plaintiff under their automobile insurance policy and have breached

Case ID: 251202032

the implied covenant of good faith and fair dealing pursuant to Pennsylvania Law and the Restatement (2d) of Contracts, Section 205, by:

a. Failing to timely evaluate Plaintiff's UIM Claim;

b. Failing to properly evaluate Plaintiff's UIM Claim;

c. Failing to conduct a proper investigation of the claim and by refusing to pay sufficient benefits under the policy for covered claims;

d. Failing to timely communicate in good faith regarding adjustment of the covered claims;

e. Failing to make reasonable offers to Plaintiff in light of her permanent injuries and damages;

f. Failing to attempt, in good faith, to effectuate a fair and equitable settlement of Plaintiff's UIM claim;

g. Failing to exercise the utmost good faith and discharge of its statutory, contractual, and fiduciary duties owed to Plaintiff; and

h. Engaging in unfair claim settlement and insurance practices in violation of the common law and statutory obligations.

26.    The failure of Defendant, Progressive Specialty Insurance Company, to abide by Plaintiff's UIM contract has caused Plaintiff to incur legal expenses and attorney fees, suffer unnecessary delay and hardship and otherwise sustain damages that could have been avoided if Defendant, Progressive Specialty Insurance Company, had timely and reasonably honored and complied with its statutory and contractual obligations

27.    As a result of Defendant, Progressive Specialty Insurance Company's, failure to timely, fairly and adequately evaluate Plaintiff's claim, and refusal without legal justification or

Case ID: 251202032

cause, to negotiate fairly and/or pay the Plaintiff's fair value of the damages suffered as a result of the accident, Defendant, Progressive Specialty Insurance Company, has breached its duties under the automobile insurance policy and applicable law and, as a result, Plaintiff has suffered actual and consequential damages.

28.    As a direct and proximate result of Defendant, Progressive Specialty Insurance Company's, breach of its contractual duties and obligations, Plaintiff has suffered financial losses and damages, including loss of settlement funds, lost return on investment, lost interest and emotional distress due to financial hardship, all of which were the likely and foreseeable result of Defendant, Farmer Insurance's breach.

WHEREFORE, Plaintiff, Monica Abdelmalek, demands judgment in her favor and against the Defendant in a sum in excess of Sixty Five Thousand Dollars ($50,000.00) plus costs, pre and post judgment interest and all other relief allowed by law.

<u>COUNT II (UNDERINSURED MOTORIST (UIM) CLAIM)</u>

<u>Plaintiff, Monica Abdelmalek v. Defendant, Progressive Specialty Insurance Company</u>

29.    Plaintiff incorporates by reference the allegations contained in the above paragraphs as though the same were herein set forth fully at length.

30.    At the date and time of the aforementioned motor vehicle collision, the Plaintiff was covered by a policy of insurance issued by Defendant, Progressive Specialty Insurance Company, which included coverage for underinsured motorist (UIM) coverage applicable to Plaintiff.

31.    Upon information and belief, at the time of the aforementioned motor vehicle collision, the aforesaid tortfeasor's motor vehicle insurance policy and/or liability insurance were insufficient to fully and adequately compensate Plaintiff for the injuries suffered in the above set forth motor vehicle collision and/or other damages and expenses related thereto.

Case ID: 251202032

32.    Accordingly, Plaintiff hereby asserts a UIM claim against Defendant, Progressive Specialty Insurance Company.

WHEREFORE, Plaintiff demands judgment in her favor and against Defendant in excess of $50,000 for general and special damages including permanency, pain and suffering, past and future medical bills, wage loss, together with interest and the costs of this action.

BY: _____
MINOS H. GALANOS, Esquire
*Trial Counsel for Plaintiff*

Dated: August 28, 2025

**<u>VERIFICATION</u>**

I, **Monica Abdelmalek**, hereby state that I am the Plaintiff in the within action and that the facts set forth in this CIVIL ACTION AMENDED COMPLAINT are true and correct to the best of my knowledge, information and belief.  To the extent that the language contained in the responses is that of counsel, Plaintiff has relied upon counsel in executing this verification.

I understand that the statements in this Verification are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.



DATE: 12/15/2025

Case ID: 251202032

# EXHIBIT
# A

Case ID: 251202032

ACA CLUB INS AGY INC
P O BOX 4877
TRENTON, NJ 08650


**PROGRESSIVE**®
AUTO

SAMY ABDELMALEK
NEAMA G ABDELMALEK
484 W BUTLER DR
DRUMS, PA 18222

**Policy Number:  955618224**
Underwritten by:
Progressive Specialty Insurance Co
December 27, 2022
Policy Period:  Jan 29, 2023 - Jul 29, 2023
Page 1  of  5

**1-800-979-9648**
**ACA CLUB INS AGY INC**
Contact your agent for personalized service.

**agent.progressive.com**
**Online Service**
Make payments, check billing activity, update
policy information or check status of a claim.

**1-800-274-4499**
To report a claim.

# Auto Insurance Coverage Summary
## This is your Renewal Declarations Page

The coverages, limits and policy period shown apply only if you pay for this policy to renew.

Your coverage begins on January 29, 2023 at 12:01 a.m.  This policy expires on July 29, 2023 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage.  The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle, unless the policy contract or endorsements indicate otherwise.  The policy contract is form 9611A PA (02/16).  The contract is modified by form A230 (11/16).

## COLLISION COVERAGE FOR RENTAL VEHICLES
**IF THIS POLICY PROVIDES COLLISION COVERAGE, IT WILL APPLY TO VEHICLES YOU RENT, BUT NOT TO VEHICLES RENTED FOR 6 MONTHS OR MORE.**

## FRAUD NOTICE
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

## Underwriting Company
Progressive Specialty Insurance Co
P.O. Box 6807
Cleveland , OH 44101
1-800-876-5581

## Drivers and resident relatives

| | Additional information |
|---|---|
| SAMY ABDELMALEK | First Named insured |
| NEAMA G ABDELMALEK | Named insured |
| MARINA S ABDELMALEK | |
| MONICA S ABDELMALEK | |
| MINA ABDELMALEK | |
| MARK S ZAKIABDELMALEK | |

Form 6489 PA (08/19)

Case ID: 251202032
Continued

## Outline of coverage

### 1994 TOYOTA CELICA 2 DOOR COUPE

VIN: **JT2AT00F4R0023383**

Garaging ZIP Code: 18222

Primary use of the vehicle:  Pleasure/Personal

Length of vehicle ownership when policy started or vehicle added: 5 years or more

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $106 |
|   Bodily Injury Liability | $100,000 each person/$300,000 each accident | | |
|   Property Damage Liability | $100,000 each accident | | |
| First Party Benefits | | | 40 |
|   Medical Expenses | $50,000 each person | | |
|   Income Loss | $2,500 each month/$50,000 maximum | | 5 |
|   Funeral Benefit | $2,500 each person | | 5 |
|   Accidental Death | $25,000 | | 5 |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 9 |
| Underinsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 40 |
| Comprehensive | Actual Cash Value | $100 | 61 |
| Collision | Actual Cash Value | $250 | 75 |
| Roadside Assistance | | | 5 |
| Total premium for 1994 TOYOTA | | | **$351** |

### 2011 HONDA PILOT 4 DOOR WAGON

VIN: **5FNYF4H93BB087456**

Garaging ZIP Code: 18222

Primary use of the vehicle:  Pleasure/Personal

Length of vehicle ownership when policy started or vehicle added: 5 years or more

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $172 |
|   Bodily Injury Liability | $100,000 each person/$300,000 each accident | | |
|   Property Damage Liability | $100,000 each accident | | |
| First Party Benefits | | | 47 |
|   Medical Expenses | $50,000 each person | | |
|   Income Loss | $2,500 each month/$50,000 maximum | | 5 |
|   Funeral Benefit | $2,500 each person | | 5 |
|   Accidental Death | $25,000 | | 5 |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 11 |
| Underinsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 50 |
| Comprehensive | Actual Cash Value | $100 | 93 |
| Collision | Actual Cash Value | $250 | 134 |
| Rental Reimbursement | up to $50 each day/maximum 30 days | | 10 |
| Roadside Assistance | | | 5 |
| Total premium for 2011 HONDA | | | **$537** |

Form 6489 PA (08/19)

## 2002 TOYOTA CAMRY 4 DOOR SEDAN
VIN: **4T1BE32K12U610247**

Garaging ZIP Code: 18222

Primary use of the vehicle: Pleasure/Personal

Length of vehicle ownership when policy started or vehicle added: 5 years or more

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $110 |
|   Bodily Injury Liability | $100,000 each person/$300,000 each accident | | |
|   Property Damage Liability | $100,000 each accident | | |
| First Party Benefits | | | 39 |
|   Medical Expenses | $50,000 each person | | |
|   Income Loss | $2,500 each month/$50,000 maximum | | 5 |
|   Funeral Benefit | $2,500 each person | | 5 |
|   Accidental Death | $25,000 | | 5 |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 9 |
| Underinsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 39 |
| Comprehensive | Actual Cash Value | $100 | 45 |
| Roadside Assistance | | | 5 |
| Total premium for 2002 TOYOTA | | | **$262** |

## 2000 HONDA ODYSSEY SPORT VAN
VIN: **2HKRL1864YH580297**

Garaging ZIP Code: 18222

Primary use of the vehicle: Pleasure/Personal

Length of vehicle ownership when policy started or vehicle added: 5 years or more

Information regarding your vehicle history (prior damage, theft or title issues) has impacted how we determine your premium.

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $98 |
|   Bodily Injury Liability | $100,000 each person/$300,000 each accident | | |
|   Property Damage Liability | $100,000 each accident | | |
| First Party Benefits | | | 42 |
|   Medical Expenses | $50,000 each person | | |
|   Income Loss | $2,500 each month/$50,000 maximum | | 5 |
|   Funeral Benefit | $2,500 each person | | 5 |
|   Accidental Death | $25,000 | | 5 |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 8 |
| Underinsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 41 |
| Comprehensive | Actual Cash Value | $100 | 50 |
| Roadside Assistance | | | 5 |
| Total premium for 2000 HONDA | | | **$259** |

Policy Number: 955618224
SAMY ABDELMALEK
NEAMA G ABDELMALEK

Page 4 of 5

## 2011 HONDA ACCORD 4 DOOR SEDAN
VIN: **1HGCP2F33BA019470**

Garaging ZIP Code: 18222

Primary use of the vehicle: Pleasure/Personal

Length of vehicle ownership when policy started or vehicle added: 5 years or more

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $166 |
| Bodily Injury Liability | $100,000 each person/$300,000 each accident | | |
| Property Damage Liability | $100,000 each accident | | |
| First Party Benefits | | | 62 |
| Medical Expenses | $50,000 each person | | |
| Income Loss | $2,500 each month/$50,000 maximum | | 5 |
| Funeral Benefit | $2,500 each person | | 5 |
| Accidental Death | $25,000 | | 5 |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 15 |
| Underinsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 68 |
| Comprehensive | Actual Cash Value | $100 | 88 |
| Collision | Actual Cash Value | $250 | 130 |
| Rental Reimbursement | up to $50 each day/maximum 30 days | | 10 |
| Roadside Assistance | | | 5 |
| Total premium for 2011 HONDA | | | **$559** |

## 2013 VOLKSWAGEN CC 4 DOOR SEDAN
VIN: **WVWBN7AN1DE503235**

Garaging ZIP Code: 18222

Primary use of the vehicle: Pleasure/Personal

Length of vehicle ownership when policy started or vehicle added: Less than 1 month

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $201 |
| Bodily Injury Liability | $100,000 each person/$300,000 each accident | | |
| Property Damage Liability | $100,000 each accident | | |
| First Party Benefits | | | 47 |
| Medical Expenses | $50,000 each person | | |
| Income Loss | $2,500 each month/$50,000 maximum | | 5 |
| Funeral Benefit | $2,500 each person | | 5 |
| Accidental Death | $25,000 | | 5 |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 13 |
| Underinsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 63 |
| Comprehensive | Actual Cash Value | $100 | 107 |
| Collision | Actual Cash Value | $250 | 309 |
| Rental Reimbursement | up to $50 each day/maximum 30 days | | 16 |
| Roadside Assistance | | | 5 |
| Total premium for 2013 VOLKSWAGEN | | | **$776** |
| **Total 6 month policy premium** | | | **$2,744.00** |
| Discount if paid in full | | | -542.00 |
| **Total 6 month policy premium if paid in full** | | | **$2,202.00** |

Form 6489 PA (08/19)

## Premium discounts

Policy
..........................................................................................................................................................................

| | |
|---|---|
| 955618224 | Five-Year Accident Free, Home Owner, Multi-Car, Continuous Insurance: Platinum and Three-Year Safe Driving |

Vehicle
..........................................................................................................................................................................

| | |
|---|---|
| 1994 TOYOTA CELICA | Driver and Passenger-side Airbag |
| 2011 HONDA PILOT | Driver and Passenger-side Airbag and Passive Anti-theft Device |
| 2002 TOYOTA CAMRY | Driver and Passenger-side Airbag |
| 2000 HONDA ODYSSEY | Driver and Passenger-side Airbag and Passive Anti-theft Device |
| 2011 HONDA ACCORD | Driver and Passenger-side Airbag and Passive Anti-theft Device |
| 2013 VOLKSWAGEN CC | Driver and Passenger-side Airbag and Passive Anti-theft Device |

## Tort Option

This policy provides limited tort insurance.

## Notice of Available Premium Discounts

You may be eligible for discounts mandated by Act 6 of 1990:

- on first party benefits coverage if your car is equipped with a passive restraint system
- on comprehensive coverage if your car is equipped with a passive anti-theft device
- if all rated drivers are 55 or older and have successfully completed a motor vehicle driver improvement course approved by PennDOT.

If you have any questions about your eligibility, please contact your agent.

## Company officers

President

Secretary